No. 910. BAYLESS *v.* UNITED STATES. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Ninth Circuit denied. *John Richard Bayless, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for the United States.